UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00502-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TRACY ALAN MCGOWAN,

        Defendant.

---

**ORDER SETTING SUPERVISED RELEASE VIOLATION HEARING**

---

**IT IS ORDERED** that a Supervised Release Violation hearing is set for **Thursday, November 15, 2007,** at **4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 2nd day of October, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge